**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Columbia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    **6/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Asefu<br>First name<br><br>_____<br>Middle name<br>Alemayehu<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 1 1 6<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1    Asefu Alemayehu

First Name    Middle Name    Last Name    Case number (*if known*)_____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

**5. Where you live**

765 Morton Street, NW
Number    Street

_____

Washington                DC    20010
City                State    ZIP Code

District of Columbia
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

Debtor 1    Asefu Alemayehu
_____
First Name        Middle Name        Last Name

Case number (*if known*)_____

---

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ | |
| District _____ | When _____ | Case number, if known_____ |
| Debtor _____ | Relationship to you _____ | |
| District _____ | When _____ | Case number, if known_____ |

---

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Asefu Alemayehu _____    Case number (*if known*)_____
             First Name        Middle Name        Last Name

---

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                              State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☑ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1   Asefu Alemayehu
_____
First Name        Middle Name        Last Name

Case number (*if known*)_____

---

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1 _Asefu Alemayehu_ _____    Case number *(if known)*_____
First Name      Middle Name          Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Asefu Alemayehu _____    ✖ _____
Signature of Debtor 1                         Signature of Debtor 2

Executed on __07/27/2026__                 Executed on _____
MM / DD / YYYY                                MM / DD / YYYY

Debtor 1    Asefu Alemayehu
            First Name        Middle Name        Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘   /s/ Charles Iweanoge
_____
Signature of Attorney for Debtor

Date    07/27/2026
        _____
        MM  /   DD  / YYYY

Charles Iweanoge
_____
Printed name

THE IWEANOGES' FIRM, PC
_____
Firm name

1026 Monroe Street, NE
_____
Number    Street

_____

Washington                          DC        20017
_____
City                                State     ZIP Code

Contact phone 2023477026_____    Email address cci@iweanogesfirm.com_____

465663                              DC
_____    _____
Bar number                          State

---

**Fill in this information to identify your case:**

Debtor 1 _____Asefu Alemayehu_____
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  District of Columbia

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          **12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:     List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | **Unsecured claim** |
|---|---|---|

**1**

Anacostia Law Group LLC
Creditor's Name

7910 Woodmont Avenue
Number        Street

Suite 410

Bethesda            MD      20814
City            State       ZIP Code

Alicia April John
Contact

_____
Contact phone

What is the nature of the claim? __Judgment__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:          − $_____
        Unsecured claim              $_____

$ 20,923.56

**2**

Aargon agency Inc
Creditor's Name

8668 Spring Mountain Road
Number        Street

Las Vegas          NV     89117
City            State       ZIP Code

Contact

_____
Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:          − $_____
        Unsecured claim              $_____

$ 1,208.00

Debtor 1    Asefu Alemayehu
     First Name     Middle Name     Last Name

Case number *(if known)*_____

| | Unsecured claim |
|---|---|

**3**   Dynasty LLC
Creditor's Name

c/o Jason Prado, Esquire
Number     Street

4400 Jenifer Street, NE

Washington      DC     20015
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):   $931,000.00
     Value of security:     − $931,000.00
     Unsecured claim     $0.00

$Unknown

---

**4**   _____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:     − $_____
     Unsecured claim     $_____

$_____

---

**5**   _____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:     − $_____
     Unsecured claim     $_____

$_____

---

**6**   _____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:     − $_____
     Unsecured claim     $_____

$_____

---

**7**   _____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
     Value of security:     − $_____
     Unsecured claim     $_____

$_____

---

Debtor 1     Asefu Alemayehu                  Case number (*if known*)_____

First Name      Middle Name      Last Name

**Unsecured claim**

**8**

_____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:    −   $_____
  - Unsecured claim        $_____

**9**

_____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:    −   $_____
  - Unsecured claim        $_____

**10**

_____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:    −   $_____
  - Unsecured claim        $_____

**11**

_____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:    −   $_____
  - Unsecured claim        $_____

**12**

_____
Creditor's Name

_____
Number     Street

_____

_____
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):   $_____
  - Value of security:    −   $_____
  - Unsecured claim        $_____

Debtor 1    Asefu Alemayehu _____    Case number (*if known*)_____
     First Name     Middle Name     Last Name

| | Unsecured claim |
|---|---|

**13**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**14**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**15**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**16**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

**17**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**
- ❑ No
- ❑ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    − $_____
  - Unsecured claim    $_____

Debtor 1    Asefu Alemayehu _____    Case number (*if known*)_____
   First Name    Middle Name    Last Name

| | Unsecured claim |
|---|---|

**18**

Creditor's Name

Number          Street

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
      Value of security:    − $_____
      Unsecured claim    $_____

**19**

Creditor's Name

Number          Street

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
      Value of security:    − $_____
      Unsecured claim    $_____

**20**

Creditor's Name

Number          Street

City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

$_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):    $_____
      Value of security:    − $_____
      Unsecured claim    $_____

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     32     page 5

Debtor 1    Asefu Alemayehu                                    Case number *(if known)*_____

            First Name      Middle Name      Last Name

---

## Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✖ /s/ Asefu Alemayehu                 ✖ _____

Signature of Debtor 1                             Signature of Debtor 2

Date 07/27/2026                            Date 07/27/2026

      MM / DD / YYYY                               MM / DD / YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Asefu Alemayehu |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name       Middle Name       Last Name |

United States Bankruptcy Court for the: District of Columbia

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

**12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 5,000.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 2,100.00 | $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 2,900.00 | $ 0.00 | Copy here ➔ | $ 2,900.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 5,000.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 1,500.00 | $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 3,500.00 | $ 0.00 | Copy here ➔ | $ 3,500.00 | $ 0.00 |

Debtor 1 ___Asefu Alemayehu_____
         First Name       Middle Name       Last Name

Case number (*if known*)_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..............................↓

For you ................................................................. $_____

For your spouse ................................................. $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00          $ 0.00

10. **Income from all other sources not listed above**. Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 0.00          $ 0.00

$ 0.00          $ 0.00

+ $ 0.00        + $ 0.00

Total amounts from separate pages, if any.

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

$ 6,400.00  **+**  $ 0.00  **=**  $ 6,400.00

**Total current monthly income**

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ /s/ Asefu Alemayehu
_____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

07/27/2026
Date _____
     MM / DD   / YYYY

07/27/2026
Date_____
     MM / DD   / YYYY

United States Bankruptcy Court

District of Columbia

In re:  Asefu Alemayehu                                Case No.

                                                       Chapter   11

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____07/27/2026_____          /s/ Asefu Alemayehu
                                          _____
                                          Signature of Debtor


                                          _____
                                          Signature of Joint Debtor

Aargon agency Inc
8668 Spring Mountain Road
Las Vegas, NV 89117


Anacostia Law Group LLC
7910 Woodmont Avenue
Suite 410
Bethesda, MD 20814


Carrington Mortgage
P.O. Box 3133
Washington, DC 20010


Deutsche Bank National Trust Company
c/o BWW Law Group, LLC
6003 Executive Blvd, Ste 101
Rockville, MD 20852


Deutsche Bank National Trust Company
c/o BWW Law Group, LLC
6003 Executive Blvd, Ste 1011
Rockville, MD 20852


Dynasty LLC
c/o Jason Prado, Esquire
4400 Jenifer Street, NE
Washington, DC 20015


Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:                                      \*
                                            \*
**ASEFU ALEMAYEHU**                         \*     **CHAPTER 11**
    **Debtor-in-Possession**              \*     **CASE NO.:**
                                            \*
\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ASEFU ALEMAYEHU UNDER PENALTY OF PERJURY REGARDING FINANCIAL STATEMENTS AND FEDERAL TAX RETURN

I, Asefu Alemayehu, debtor, affirm under penalty of perjury as allowed by 28 U.S.C.§1746(2) that the following statements are based on personal knowledge and are true to the best of my knowledge, belief, and understanding:

1.      I am the debtor and debtor in possession in this Chapter 11 case. I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2.      This declaration is submitted pursuant to 11 U.S.C. § 1116(1)(B).

3.      No balance sheet, statement of operations, or cash-flow statement has been prepared for the debtor.

4.      No federal income tax return has been filed.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 07-29-26           _____

                              Asefu Alemayehu